FLORENCE E. BONNAU, an Infant, by ALBERT LUTZ, Her Guardian ad Litem, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 29891.)

Argued October 16, 1951; decided December 6, 1951.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for appellant.

*Michael Yust* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.